## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                      )         Case No. 3:09-bk-01075-JAF

FLOORS TRANSFORMED, INC.,     )         Chapter 7

        Debtor.                )

---

## TRUSTEE'S NOTICE OF INTENT TO COMPROMISE
## CLAIM AGAINST ACON CONSTRUCTION COMPANY, INC.

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Bankruptcy Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve copies on Raymond R. Magley, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Alexander G. Smith, Trustee, 2601 University Boulevard West, Jacksonville, Florida 32217.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Debtor filed its Chapter 7 bankruptcy petition on February 19, 2009.

Prior to the petition date, Acon Construction Company, Inc. ("Acon Construction") subcontracted with the debtor to perform work on two projects identified as Ed Ball Building, 7th Floor Renovations and Cecil Field No. 1846. Pursuant to the subcontracts, Acon Construction withheld 10 percent of the contract amount as retainage. The amount withheld as retainage for the Ed Ball Building, 7th Floor Renovations contract was $12,227.10. The amount withheld as retainage for the Cecil Field No. 1846 contract was $5,129.40. As of the petition date, the total amount of the retainage held by Acon Construction was $17,356.50. The trustee contends that the retainage is property of the bankruptcy estate.

1

The trustee has filed an adversary complaint to recover the $18,100. Acon Construction has filed an answer and affirmative defenses denying the relief sought in the adversary complaint.

Acon Construction has filed a proof of claim in this bankruptcy case asserting a general unsecured claim in the amount of $17,356.50.

The trustee and Acon Construction have agreed to compromise this claim. Acon Construction shall pay to the trustee $7,000 in full and final settlement of the claims asserted in the adversary complaint. Payment shall be made within 10 days of the entry of an order approving this compromise to Alexander G. Smith, Trustee, 2601 University Boulevard West, Jacksonville, Florida 32217. Upon the entry of an order approving this compromise and receipt of payment in full, the trustee will file a Stipulation dismissing the adversary proceeding with prejudice. The trustee will not object to Acon Construction's proof of claim.

If no objection is made within the 20 day period described above, the trustee will submit to the Bankruptcy Court an *ex parte* motion and order approving this compromise. The trustee believes that this compromise is reasonable and recommends it to the creditors of this estate.

This notice is being served on all parties in interest as identified on the mailing matrix.

Date of Service: _OCTOBER 9_____, 2009

SMITH HULSEY & BUSEY

By_____
    Raymond R. Magley

Florida Bar Number 511056
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
rmagley@smithhulsey.com

Attorney for Trustee

HELD & ISRAEL

By_ Kim H. Israel_____
    Kimberly Israel

Florida Bar Number 47287
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7036
(904) 398-4283 (facsimile)
khisrael@hilawfirm.com

Attorney for Acon Construction Company, Inc.

2

<u>Certificate of Service</u>

I certify that a copy of the foregoing was furnished by mail to all parties on the mailing matrix, this _9th_ day of _OCTOBER_, 2009.

_____
Attorney

00671188

3

Label Matrix for local noticing
113A-3
Case 3:09-bk-01075-JAF
Middle District of Florida
Jacksonville
Wed Oct  7 16:11:58 EDT 2009

AT&T
P O Box 105262
Atlanta, GA 30348-5262

AT&T
c/o Alpat Company, Inc.
P O Box 1689
Slidell, LA 70459-1689

Acon Construction Co., Inc.
c/o Kimberly H. Israel, Esq.
6320 St. Augustine Road, Suite 2
Jacksonville, FL 32217-2813

Action Labor
900 Osceola Drive #222
West Palm Beach, FL 33409-5075

Action/Utb
Pob 105555
Atlanta, GA 30348-5555

Advanta Mastercard
P O Box 8088
Philadelphia, PA 19101-8088

American Express
P O Box 360001
Fort Lauderdale, FL 33329-0001

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Infosource Lp As Agent for
Fia Card Services, NA/Bank of America
PO Box 248809
Oklahoma City, OK  73124-8809

(p)APPLIED BANK
PO BOX 15809
WILMINGTON DE 19850-5809

Aspire/Cb&T
Pob 105555
Atlanta, GA 30348-5555

Bank Of America
4060 Ogletown/Stan
Newark, DE 19713

Bank of America
P O Box 15019
Wilmington, DE 19886-5019

Bank of America
P O Box 15102
Wilmington, DE 19886-5102

Bank of America
P O Box 15710
Wilmington, DE 19886-5710

Bedrosians
4285 N. Golden Street  Blvd.
Fresno, CA 93722-6316

Brclysbankde
125 South West Str
Wilmington, DE 19801-5014

Cain & Bultman
P O Box 2815
Jacksonville, FL 32203-2815

Cambridge Commercial Carpets
P O Box 1447
Chatsworth, GA 30705-1447

Capital One
P O Box 85520
Richmond, VA 23285-5520

Chase
Bank One Card Serv
Westerville, OH 43081

Chase
P O Box 15153
Wilmington, DE 19886-5153

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Citi-Citgo
Po Box 6497
Sioux Falls, SD 57117-6497

Citi-Shell
Po Box 6497
Sioux Falls, SD 57117-6497

CitiFinancial
P O Box 6415
The Lakes, NV 88901-6415

Citifinancial
Po Box 6931
The Lakes, NV 88901-6931

Comcast
P O Box 530098
Atlanta, GA 30353-0098

Compass Bank
P O Box 830696
Birmingham, AL 35283-0696

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Dixie Auction Company, Inc.
3526 Lenox Avenue
Jacksonville, FL 32254-4198

First Equity
P O Box 23029
Columbus, GA 31902-3029

Floors Transformed, Inc.
4071 Brookfield Court
Jacksonville, FL 32257-6056

Floors Transformed, Inc.
4449 Sunbeam Road
Jacksonville, FL 32257-6070

Florida Telco C.U.
P O Box 16688
Jacksonville, FL 32245-6688

Florida Telco Cr Un
P O Box 71050
Charlotte, NC 28272-1050

Florida Telco Credit Union
c/o: Chad D. Heckman
P.O. Box 4128
Tallahassee, FL 32315-4128

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Gemb/Belk
Po Box 981491
El Paso, TX 79998-1491

Gemb/Whthl
Po Box 981439
El Paso, TX 79998-1439

Home Depot
P O Box 6928
The Lakes, NV 88901-6925

Hsbc Bank
Po Box 5222
Carol Stream, IL 60197-5222

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Johnson Wholesle
P O Box 890724
Charlotte, NC 28289-0724

Juniper Bank
P O Box 8801
Wilmington, DE 19899-8801

Kohls/Chase
P O Box 2983
Milwaukee, WI 53201-2983

Lowe's
P O Box 530970
Atlanta, GA 30353-0970

Raymond R. Magley
1800 First Union Bank Tower
225 Water Street
Jacksonville, FL 32202-5185

Master Tile
P O Box 535206
Atlanta, GA 30353-5206

Merrick Bank
P O Box 9201
Old Bethpage, NY 11804-9001

Albert H. Mickler
5452 Arlington Expressway
Jacksonville, FL 32211-6800

Mohawk Factoring, Inc.
P.O. Box 12069
Calhoun, GA 30703-7002

Muffler City
444 Sunbeam Road
Jacksonville, FL 32257

Office Depot
P O Box 689020
Des Moines, IA 50368-9020

Recovery Management Systems Corporation
For GE Money Bank
dba LOWES BRC
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba SAM'S CLUB BRC
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Sam's Club/GEMB
P O Box 530981
Atlanta, GA 30353-0981

Sears/Cbsd
701 East 60th St N
Sioux Falls, SD 57104-0432

Shaw
P O Box 40
Dalton, GA 30722-0040

Shoreline
7380 Philips Highway #204
Jacksonville, FL 32256-6832

Alexander G. Smith
2601 University Blvd., West
Jacksonville, FL 32217-2112

Staples
P O Box 689020
Des Moines, IA 50368-9020

SunCrest Supply, Inc.
7540 Byron Drive
Riviera Beach, FL 33404-3325

Tandus
P O Box 1447
Dalton, GA 30722-1447

Target N.B.
Po Box 673
Minneapolis, MN 55440-0673

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

Tom Shay
4071 Brookfield Court
Jacksonville, FL 32257-6056

Travelocity
P O Box 13337
Philadelphia, PA 19101-3337

Trinity Tile
115 SW 49th Ave, #105
Ocala, FL 34474-1845

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

United States Trustee - JAX7
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

Upstream Installations
c/o Tyler & Hamilton PA
Midtowne Centre Building 400
4811 Beach Blvd., #200
Jacksonville, FL 32207-4867

Wash Mutual/Providian
Po Box 9180
Pleasanton, CA 94566-9180

Wash Mututal/Providian
Po Box 9180
Pleasanton, CA 94566-9180

Washington Mutual
P O Box 660487
Dallas, TX 75266-0487

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Applied Bank
4700 Exchange Court
Boca Raton, FL 33431

Discover Fin
Pob 15316
Wilmington, DE 19850

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

(d)Citi
Pob 6241
Sioux Falls, SD 57117-6241

(u)Jerry A. Funk
Jacksonville
300

End of Label Matrix
Mailable recipients    77
Bypassed recipients     3
Total                  80