UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 3:09-bk-01075-JAF

FLOORS TRANSFORMED, INC. ) Chapter 7

Debtor. )
_____

**ORDER APPROVING COMPROMISE OF CLAIM BETWEEN**
**TRUSTEE AND ACON CONSTRUCTION COMPANY, INC.**

This case is before the Court upon the Trustee's Motion for Approval of Compromise of Claim Between Trustee and Acon Construction Company, Inc. No objection has been filed after a notice to creditors pursuant to Middle District of Florida Local Bankruptcy Rule 2002-4 on October 9, 2009, it is

**ORDERED** that the compromise of claim between Trustee and Acon Construction Company, Inc. is approved.

DATED this 4 day of November, 2009 at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor
Attorney for Debtor
Chapter 7 Trustee
Attorney for Chapter 7 Trustee
U.S. Trustee
Kimberly Israel, 1301 Riverplace Blvd., Suite 1916, Jacksonville, FL 32207

00677307.DOC